199 So.2d 923

**STATE of Louisiana ex rel. James GWIN**

v.

**Hayden J. DEES, Warden, Louisiana State Penitentiary, et al.**

No. 48777.

June 19, 1967.

In re: James Gwin applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our jurisdiction.

199 So.2d 924

**Thomas P. PERKINS**

v.

**DIRECTOR OF PERSONNEL and State Custodian of Voting Machines.**

No. 48737.

June 20, 1967.

In re: W. W. McDougall, Director of Personnel of the Department of State Civil Service, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 197 So.2d 116.

Writ refused. The judgment complained of is interlocutory and is not final, La.Code Civ.Proc. Arts. 1841, 2083.